COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY D/B/A GREAT AMERICAN INSURANCE COMPANIES, | § § § | No. 08-11-00302-CV |
| Appellants, | § | Appeal from the |
| v. | § | 48th District Court |
| GLEN HAMEL AND MARSHA HAMEL, | § § | of Tarrant County, Texas (TC# 48-215116-05) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment should be modified to delete the mental anguish and distress damages award. We therefore affirm the judgment as modified. We further order that Appellees recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF SEPTEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating